IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
JAN 29 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 4:20mj11 |
| vs. | ) | |
| | ) | COURT DATE: FEBURARY 12, 2020 |
| SEAN R. SMITH | ) | |

CRIMINAL INFORMATION

CHARGE ONE

(Misdemeanor) Ticket No.6331286

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 27, 2019, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, SEAN R. SMITH, did willfully damage or destroy property belonging to the United States on Langley Air Force Base, Virginia, of a value less than $1,000. (In violation of Title 18, United States Code, Section 1361).

G. ZACHARY TERWILLIGER
United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil

## CERTIFICATE OF SERVICE

I, Jeremy M. Skinner, hereby certify that on January 29, 2020, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, SEAN R. SMITH.

G. ZACHARY TERWILLIGER
United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil